UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR122-018, USA v. Rhodes |
| | ) | CR121-073, USA v. Howard |
| LEAVE OF ABSENCE REQUEST | ) | |
| | ) | |
| SAMUEL J. ADAMS | ) | |
| May 23, 2022 through May 24, 2022 | ) | |
| June 7, 2022 through June 10, 2022 | ) | |
| July 14, 2022 through July 15, 2022 | ) | |
| July 25, 2022 through August 5, 2022 | ) | |

## ORDER

Samuel J. Adams having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT Samuel J. Adams be granted leave of absence for the following period **May 23, 2022 through May 24, 2022; June 7, 2022 through June 10, 2022; July 14, 2022 through July 15, 2022; and July 25, 2022 through August 5, 2022.**

This _10th_ day of May, 2022.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA