UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR: 121-073 |
| | ) | |
| ANGELA HOWARD | ) | |

ORDER

Pending before the Court is the Joint Motion to Withdraw Guilty Plea ("Motion"). Having considered the Motion, and for good cause therein, the Motion is hereby GRANTED.

This 1ST day of September 2022.

_____
J. RANDAL HALL
CHIEF JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA